IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-vs-

LEEOSHA ALLEN a/k/a Mia,

Defendant.

15-CR-6120 DGL

**INFORMATION**
(Felony)

**Violation:**
18 U.S.C. § 1594(c)

*[FILED SEP 28 2015 MICHAEL J. ROEMER, CLERK, WESTERN DISTRICT OF NY]*

## COUNT 1

**The United States Attorney Charges That:**

In or about January 2014, in the Western District of New York, and elsewhere, the defendant, LEEOSHA ALLEN a/k/a Mia, did knowingly, willfully and unlawfully combine, conspire and agree with Stephen Jones to knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means, in and affecting interstate and foreign commerce, Minor Victim 1, a person under the age of 18, knowing and in reckless disregard of the fact that Minor Victim 1 had not attained the age of 18 years and that Minor Victim 1 would be caused to engage in a commercial sex act in violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(b)(2).

**All in violation of Title 18, United States Code, Section 1594(c).**

DATED:   Rochester, New York, September 28, 2015.

WILLIAM J. HOCHUL, JR.
United States Attorney
Western District of New York

BY:   _____
MELISSA M. MARANGOLA
Assistant United States Attorney
United States Attorney's Office
Western District of New York
100 State Street, Suite 500
Rochester, New York 14614
585/263-6760
Melissa.Marangola@usdoj.gov